MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
TELE: 562/437-7006
FAX: 562/432-2935
Email: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff MILES D. WRIGHT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES D. WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: CV 09-5905 AJW <br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulation for Dismissal with Prejudice, and for cause shown, IT IS ORDERED that the above captioned matter be dismissed with prejudice.

Dated: February 11, 2010

_____
UNITED STATES MAGISTRATE JUDGE